CLOSED

**U.S. District Court**
**DISTRICT OF KANSAS (Wichita)**
**CRIMINAL DOCKET FOR CASE #: 6:18-cr-10025-EFM-1**

Case title: USA v. Smith

Date Filed: 02/27/2018

Date Terminated: 11/06/2018

---

Assigned to: Chief District Judge Eric F. Melgren

**Defendant (1)**

**Jordan Smith**
*TERMINATED: 11/06/2018*

represented by **David J. Freund**
Office of Federal Public Defender - Wichita
850 Epic Center
301 North Main Street
Wichita, KS 67202
316-269-6445
Fax: 316-269-6175
Alternative Phone:
Cell Phone:
Email: david_freund@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Number: 17736*
*Bar Status: Active*

**Jennifer A. Amyx**
Office of Federal Public Defender - Wichita
850 Epic Center
301 North Main Street
Wichita, KS 67202
316-269-6186
Alternative Phone: 316-461-9636
Cell Phone: 316-461-9636
Email: Jennifer_Amyx@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Number: 24260*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) and 924(a)(2) Felon in possession of a firearm (INDICTMENT 2/27/2018)<br>(2) | Sentenced to 37 months imprisonment (to be served consecutively to U.S. District Court, District of Kansas, Case No. 6:11CR10187-02); 3 years supervised release; $100 special assessment fee; fine is waived; restitution is not applicable. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) and 924(a)(2) Felon in possession of a firearm (INDICTMENT 2/27/2018)<br>(1) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by

**Annette Gurney**
Office of United States Attorney - Wichita
301 North Main Street, Suite #1200
Wichita, KS 67202-4812
316-269-6481
Fax: 316-269-6484
Alternative Phone:
Cell Phone: 316-250-8393
Email: annette.gurney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 11602*
*Bar Status: Active*

**Matthew T. Treaster**
Office of United States Attorney - Wichita
301 North Main Street, Suite #1200
Wichita, KS 67202-4812
316-269-6481
Fax: 316-269-6484
Alternative Phone:
Cell Phone:
Email: matt.treaster@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 17473*
*Bar Status: Active*

**Sean Hatfield**
18th Judicial District Court of Kansas - Wichita
Sedgwick County Courthouse
525 North Main Street
Wichita, KS 67203
316-660-5625
Alternative Phone:
Cell Phone: 316-516-8909
Email: shatfiel@dc18.org
***TERMINATED: 01/30/2019***
*LEAD ATTORNEY*
*Designation: Retained*
*Bar Number: 24098*
*Bar Status:* ***Justice Judge Magist***

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2018 | 1 | INDICTMENT as to Jordan Smith (1): counts 1-2. (mam) (Entered: 02/27/2018) |
| 03/02/2018 | 2 | ENTRY OF APPEARANCE: by attorney Jennifer A. Amyx appearing for Jordan Smith (Amyx, Jennifer) (Entered: 03/02/2018) |
| 03/02/2018 | | ARREST of Jordan Smith. (mam) (Entered: 03/05/2018) |
| 03/02/2018 | 3 | ARREST WARRANT returned executed on 3/2/2018 as to Jordan Smith. (mam) (Entered: 03/05/2018) |
| 03/02/2018 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: RULE 5/INITIAL APPEARANCE as to Jordan Smith held on 3/2/2018. Arraignment and Detention Hearing set for 3/9/2018 at 01:30 PM in Wichita Courtroom 406 (KGG) before Magistrate Judge Kenneth G. Gale. (Tape #1:47-1:51) (mam) (Entered: 03/05/2018) |
| 03/02/2018 | 5 | CJA 23 FINANCIAL AFFIDAVIT by Jordan Smith. (mam) (Entered: 03/05/2018) |
| 03/02/2018 | 6 | ORDER OF TEMPORARY DETENTION as to Jordan Smith. Signed by Magistrate Judge Kenneth G. Gale on 3/2/2018. (mam) (Entered: 03/05/2018) |

| | | |
|---|---|---|
| 03/05/2018 | 7 | NOTICE OF HEARING as to Defendant Jordan Smith THIS IS AN OFFICIAL NOTICE FOR THIS HEARING At the request of the Defense, Detention Hearing RESET for 3/7/2018 at 01:30 PM in Wichita Courtroom 406 (KGG) before Magistrate Judge Kenneth G. Gale. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(cc) (Entered: 03/05/2018) |
| 03/07/2018 | 8 | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: ARRAIGNMENT and DETENTION HEARING as to Jordan Smith (1): Counts 1-2 held on 3/7/2018. Government motion for detention is granted. Defendant's next appearance is before Judge Melgren per the Scheduling Order. (Tape #1:44-2:05) (mam) (Entered: 03/08/2018) |
| 03/08/2018 | 9 | ORDER OF DETENTION PENDING TRIAL as to Jordan Smith. Signed by Magistrate Judge Kenneth G. Gale on 3/7/2018. (mam) (Entered: 03/08/2018) |
| 03/10/2018 | 10 | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED: as to Jordan Smith Status Conference set for 4/20/2018 at 09:15 AM in Wichita Room 414 (EFM) before District Judge Eric F. Melgren. Jury Trial set for 5/1/2018 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Signed by District Judge Eric F. Melgren on 3/10/2018. (cm) (Entered: 03/10/2018) |
| 04/20/2018 | 11 | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: STATUS CONFERENCE as to Jordan Smith held on 4/20/2018. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 04/20/2018) |
| 04/20/2018 | 12 | MOTION to Continue Jury Trial by Jordan Smith. (Amyx, Jennifer) (Entered: 04/20/2018) |
| 04/20/2018 | 13 | ORDER FOR CONTINUANCE granting 12 MOTION FOR CONTINUANCE. Speedy trial time excluded from 5/1/2018 until 6/5/2018 as to Jordan Smith (1). Status Conference is reset for 5/21/2018 at 03:00 PM in Wichita Room 414 (EFM) before District Judge Eric F. Melgren. Jury Trial is reset for 6/5/2018 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Signed by District Judge Eric F. Melgren on 4/20/2018. (mam) (Entered: 04/20/2018) |
| 05/21/2018 | 14 | MOTION to Continue Status Conference and Jury Trial by Jordan Smith. (Amyx, Jennifer) (Entered: 05/21/2018) |
| 05/22/2018 | 15 | ORDER FOR CONTINUANCE granting 14 MOTION FOR CONTINUANCE. Speedy trial time excluded from 6/5/2018 until 7/10/2018 as to Jordan Smith (1). Status Conference is reset for 6/25/2018 at 09:00 AM in Wichita Room 414 (EFM) before District Judge Eric F. Melgren. Jury Trial is reset for 7/10/2018 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Signed by District Judge Eric F. Melgren on 5/22/2018. (mam) (Entered: 05/22/2018) |
| 06/25/2018 | 16 | NOTICE OF CANCELLED HEARING: STATUS CONFERENCE scheduled for 6/25/2018 as to Defendant Jordan Smith cancelled to be rescheduled if required. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 06/25/2018) |
| 06/25/2018 | 17 | NOTICE OF INTENT TO CHANGE PLEA and NOTICE OF HEARING: The defendant Jordan Smith has notified the court as of this date that he/she intends to change his/her plea. Change of Plea Hearing set for 6/27/2018 at 10:00 AM in Wichita Courtroom 326 before Magistrate Judge Gwynne E. Birzer. The time from this notice until the change of plea hearing (including any continuances) is excludable time for speedy trial purposes. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(alm) (Entered: 06/25/2018) |
| 06/27/2018 | 18 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: CHANGE OF PLEA HEARING as to Jordan Smith held on 6/27/2018. Defendant entered a plea of guilty to Count 2 of the Indictment. Sentencing set for 9/17/2018 at 10:00 AM in Wichita Courtroom 408 before District Judge Eric F. Melgren. (Tape #10:01-10:20.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (alm) (Entered: 06/27/2018) |
| 06/27/2018 | 19 | NOTICE OF RESET HEARING as to Defendant Jordan Smith: Sentencing RESET for 9/19/2018 at 10:00 AM in Wichita Courtroom 408 before District Judge Eric F. Melgren. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(alm) (Entered: 06/27/2018) |
| 06/27/2018 | 20 | CONSENT TO PROCEED WITH GUILTY PLEA BEFORE US MAGISTRATE JUDGE as to Jordan Smith. Signed by Magistrate Judge Gwynne E. Birzer on 06/27/2018. (aa) (Entered: 06/27/2018) |
| 06/27/2018 | 21 | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA as to Jordan Smith (1) Count 2. Signed by Magistrate Judge Gwynne E. Birzer on 06/27/2018. (aa) (Entered: 06/27/2018) |
| 08/30/2018 | 23 | PRESENTENCE INVESTIGATION REPORT as to Jordan Smith<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 08/30/2018) |
| 09/11/2018 | 25 | MOTION for Forfeiture of Property by USA as to Jordan Smith. (Hatfield, Sean) (Entered: 09/11/2018) |
| 09/11/2018 | 26 | ORDER granting 25 Motion for Preliminary Forfeiture of Property as to Jordan Smith (1). Signed by District Judge Eric F. Melgren on 9/11/2018. (cm) (Entered: 09/11/2018) |
| 09/19/2018 | 27 | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: SENTENCING HEARING held on 9/19/2018 as to defendant Jordan Smith. The Court is requesting additional information and adjourned the hearing. Upon receipt and review of the information requested the Court will reschedule the hearing. (Court Reporter Jo Wilkinson.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 09/19/2018) |

| | | |
|---|---|---|
| 09/21/2018 | 28 | TRANSCRIPT of Sentencing, Part 1, held September 19, 2018, as to Jordan Smith before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316-315-4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Ms. Deb Barnett.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/20/2018. (jw) (Entered: 09/21/2018) |
| 10/01/2018 | 29 | SENTENCING MEMORANDUM by Jordan Smith (Amyx, Jennifer) (Entered: 10/01/2018) |
| 10/15/2018 | 30 | ENTRY OF APPEARANCE: by attorney David J. Freund appearing for Jordan Smith (Freund, David) (Entered: 10/15/2018) |
| 10/16/2018 | 31 | RESPONSE TO Sentencing Memorandum by USA as to Jordan Smith (Treaster, Matthew) (Entered: 10/16/2018) |
| 10/17/2018 | 32 | NOTICE OF HEARING as to Defendant Jordan Smith THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing set for 10/31/2018 at 02:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 10/17/2018) |
| 10/31/2018 | 33 | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: SENTENCING HEARING held on 10/31/2018 as to defendant Jordan Smith. (Court Reporter Jo Wilkinson.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 10/31/2018) |
| 11/06/2018 | 34 | JUDGMENT as to Jordan Smith (1): Count 2 of the Indictment = 37 months imprisonment (to be served consecutively to U.S. District Court, District of Kansas, Case No. 6:11CR10187-02); 3 years supervised release; $100 special assessment fee; fine is waived; restitution is not applicable. Count 1 of the Indictment is dismissed on the motion of the USA. Signed by District Judge Eric F. Melgren on 11/6/2018. (mam) (Entered: 11/06/2018) |
| 11/06/2018 | 35 | STATEMENT OF REASONS as to Jordan Smith re 34 Judgment.<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(mam) (Entered: 11/06/2018) |
| 01/30/2019 | 36 | WITHDRAWAL OF COUNSEL by Sean M.A. Hatfield and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL by Annette B. Gurney on behalf of USA (Gurney, Annette) (Entered: 01/30/2019) |
| 02/20/2019 | 37 | SERVICE BY PUBLICATION filed by USA as to Jordan Smith. Last publication date January 16, 2019. (Attachments: # 1 Attachment 1)(Gurney, Annette) (Entered: 02/20/2019) |
| 02/20/2019 | 38 | RETURN OF SERVICE of Notice of Forfeiture Served on the FBI as to Jordan Smith (Gurney, Annette) (Entered: 02/20/2019) |
| 06/24/2019 | 39 | MOTION for *Final Order of* Forfeiture of Property by USA as to Jordan Smith. (Gurney, Annette) (Entered: 06/24/2019) |
| 06/24/2019 | 40 | ORDER granting 39 Motion for Final Order of Forfeiture of Property as to Jordan Smith (1). Signed by District Judge Eric F. Melgren on 6/24/2019. (cm) (Entered: 06/24/2019) |
| 11/22/2021 | 41 | REQUEST AND ORDER Modifying Conditions or Term of Supervision with Consent of the Offender (Form 12B) as to Jordan Smith. Signed by District Judge Eric F. Melgren on 11/22/2021. (sz) (Entered: 11/22/2021) |