# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 18-cr-10025-EFM

**JORDAN SMITH,**

**Defendant.**

## INDICTMENT

The Grand Jury charges:

**COUNT 1**

On or about February 4, 2018, in the District of Kansas,

**JORDAN SMITH,**

the defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to-wit: a Ruger .380 caliber handgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

**COUNT 2**

On or about February 4, 2018, in the District of Kansas,

**JORDAN SMITH,**

the defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition, to-wit: six rounds of .380 caliber ammunition, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, § 924(d), Title 26, United States Code § 5872, and Title 28, United States Code, § 2461(c).

2. Upon conviction of the charges set forth in Counts 1-2 of this Indictment, the defendant, **JORDAN SMITH**, shall forfeit to the United States, pursuant to Title 18, United States Code, § 924(d), Title 26, United States Code § 5872, and Title 28, United States Code, § 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to:

a. Ruger .380 caliber handgun, serial number 370-40912 and,

b. any ammunition.

All pursuant to Title 18, United States Code, § 924(d), Title 26, United States Code, § 5872, and Title 28, United States Code, § 2461(c).

**A TRUE BILL.**

February 27, 2018
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

[It is requested that jury trial be held in Wichita, Kansas.]